UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUTISM INTERVENTION SPECIALISTS, LLC and NASSIM AOUDE,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br>JOHN BEST<br>　　　　　　　　Defendant. | Docket No. 12-cv-11647-RBC |

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), with no answer having been filed, the Plaintiffs report that matter has been settled and, as such, the Plaintiffs hereby dismisses all claims against defendant John Best.

Respectfully submitted,

AUTISM INTERVENTION SPECIALISTS and NASSIM AOUDE,

By their attorney,

/s/ Evan Fray-Witzer
Evan Fray-Witzer (BBO # 564349)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 723-5630
Evan@CFWLegal.com

Dated: October 26, 2012

**CERTIFICATE OF SERVICE**

I, Evan Fray-Witzer, hereby certify that on October 26, 2012, I sent by first class mail, postage prepaid a copy of the above Notice of Dismissal to Mr. John Best, 113 Old Derry Road Londonderry, NH 03053.

/s/Evan Fray-Witzer